JOHNNY DESMOND, Respondent, v. 20TH CENTURY FOX RECORD CORPORATION et al., Appellants.—

926

Concur — McGivern, J. P., Markewich, Kupferman, Tilzer and Eager, JJ.